```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION


STEVE ELLIOT, individually,
GLENDA ELLIOT, individually,
HUNTER ELLIOT, NATHAN ELLIOT,
and MEGAN ELLIOT, by and through
their next friend, STEVE ELLIOT,

                Plaintiffs,

v                                       Case No. 04-74817

JOSHUA LATOR and SCOTT TAYLOR,

                Defendants.
_____/

                      SETTLEMENT HEARING

           BEFORE THE HONORABLE GERALD E. ROSEN
               United States District Judge
         733 US Courthouse & Federal Building
             231 Lafayette Boulevard West
                    Detroit, Michigan
              Wednesday, October 10, 2007


APPEARANCES:

     CHRISTOPHER J. TRAINOR
     Law Office of Trainor & Toombs
     6557 Highland Road
     Waterford, MI 48237
     On behalf of the Plaintiffs.

     JAMES T. FARRELL
     Michigan Department of Attorney General
     P.O. Box 30736
     Lansing, MI 48909
     On behalf of the Defendants.

To obtain a certified transcript:
Carol S. Sapala, FCRR, RMR
313.961-7552
```

# C O N T E N T S

| IDENTIFICATION | PAGE |
|---|---|
| Settlement | 3 |
| Certificate of Court Reporter | 12 |

# E X H I B I T S

| IDENTIFICATION | MARKED | RECEIVED |
|---|---|---|
| None Marked | | |

Elliot versus Lator, et al 04-74817

Settlement Hearing

1                Detroit, Michigan
2                October 10, 2007
3                12:15 p.m.
4                THE LAW CLERK:  Calling case number
5    04-74817 Elliott versus Lator.
6                THE COURT:  May I have appearances,
7    please.
8                MR. FARRELL:  Jim Farrell, on behalf of
9    the defendants.
10               MR. TRAINOR:  Afternoon, Your Honor.
11   Christopher Trainor on behalf of the Elliots, Steve
12   and Glenda.
13               THE COURT:  If counsel and the parties
14   would approach the podium, please.
15               The record should reflect that this matter
16   was set for a Final Pretrial Conference today.
17               The Court had the opportunity to meet with
18   counsel in chambers and after some discussion, has
19   been advised by the parties we have a settlement
20   which the parties wish to place on the record now.
21               Mr. Farrell, I'm going to ask you to place
22   the general ramifications of the settlement on the
23   record.
24               I'm going to ask the Elliots to -- I'm
25   going to ask the Elliots to listen carefully and

             Elliot versus Lator, et al 04-74817

Settlement Hearing

1  then Mr. Trainor will have some questions for you,
2  okay?  Okay, Mr. Farrell.
3          MR. FARRELL:  Thank you, Your Honor.
4          Your Honor, the parties have agreed,
5  through their attorneys, that in exchange for
6  payment of $45,000 from the State to plaintiffs,
7  that the plaintiff's will stipulate to dismissal of
8  the existing claim with prejudice without cost to
9  any parties; and they promise not to take an appeal
10 or seek any additional or extra relief in the United
11 States Court of Appeals in connection with this
12 case.
13         Further, that they will provide the State
14 and the defendants and any member of the Michigan
15 Department of State Police with a general release of
16 all claims for any claims that have been brought or
17 could have been brought in this action arising out
18 of the incident that occurred in the execution of a
19 search warrant at their residence in February 2004.
20         THE COURT:  Mr. Trainor?
21         MR. TRAINOR:  Could you please state your
22 name for the record.
23         THE COURT:  Let me administer the oath,
24 please.
25

Elliot versus Lator, et al 04-74817

Settlement Hearing

1              (Whereupon the plaintiffs
2                were then sworn)
3              THE COURT:  Thank you.
4              MR. TRAINOR:  Could you please state your
5    name for the record.
6              PLAINTIFF STEVEN ELLIOT:  Steven Robert
7    Elliot.
8              PLAINTIFF GLENDA ELLIOT:  Glenda Elliot.
9              MR. TRAINOR:  Mr. and Mrs. Elliot, you
10   also have some children that had damages in this
11   case also.  Are you aware of that?
12             PLAINTIFF STEVEN ELLIOT:  Yes.
13             PLAINTIFF GLENDA ELLIOT:  Yes.
14             MR. TRAINOR:  This case arises out of the
15   illegal search of their home.
16             THE COURT:  The names of your children who
17   are parties to the case represented by you folks?
18   Names and ages.
19             PLAINTIFF GLENDA ELLIOT:  Hunter Alexander
20   Elliot, he's now seven and Nathan William Elliot,
21   he's now six and Megan Marie Elliot, she's now six.
22             MR. TRAINOR:  They, along with yourselves,
23   were involved in this illegal search of your home
24   back in 2004.  Correct?
25             PLAINTIFF STEVEN ELLIOT:  Yes.

Elliot versus Lator, et al 04-74817

1         PLAINTIFF GLENDA ELLIOT:  Correct.
2         MR. TRAINOR:  You brought this lawsuit to
3 seek damages for this illegal search; isn't that
4 true?
5         PLAINTIFF STEVEN ELLIOT:  Yes.
6         PLAINTIFF GLENDA ELLIOT:  Yes.
7         MR. TRAINOR:  You've heard what Mr.
8 Farrell said, we're settling this case for $45,000.
9         Do you understand that?
10        PLAINTIFF STEVEN ELLIOT:  Yes.
11        PLAINTIFF GLENDA ELLIOT:  Yes.
12        MR. TRAINOR:  I've advised you I wanted to
13 go in front of the jury here, see if we can get more
14 money.  Isn't that true?
15        PLAINTIFF STEVEN ELLIOT:  Yes.
16        PLAINTIFF GLENDA ELLIOT:  Yes.
17        MR. TRAINOR:  I also explained to you if
18 we went to a jury trial, you could get less than 45.
19 Isn't that true?
20        PLAINTIFF STEVEN ELLIOT:  Yeah.
21        PLAINTIFF GLENDA ELLIOT:  Yes.
22        MR. TRAINOR:  Also zero, too, correct?
23        PLAINTIFF STEVEN ELLIOT:  Yes.
24        PLAINTIFF GLENDA ELLIOT:  Yes.
25        MR. TRAINOR:  Or a big verdict.

1              And Mr. Farrell of the State of Michigan

2  could appeal it and this could take another year or

3  two to sort itself out.

4              Are you aware of that, also?

5              PLAINTIFF GLENDA ELLIOT:  Yes.

6              PLAINTIFF STEVEN ELLIOT:  Yeah.

7              MR. TRAINOR:  And based upon all that,

8  you've decided you want to settle the case for 45,

9  correct?

10             PLAINTIFF STEVEN ELLIOT:  Yes.

11             PLAINTIFF GLENDA ELLIOT:  Yes.

12             MR. TRAINOR:  Are you satisfied with the

13 services of my law firm?

14             PLAINTIFF STEVEN ELLIOT:  Yes.

15             PLAINTIFF GLENDA ELLIOT:  Yes.

16             MR. TRAINOR:  Now pursuant to a Fee

17 Agreement with my law firm, you are going to pay me

18 40 percent contingency plus costs.  Is that true?

19             PLAINTIFF STEVEN ELLIOT:  Yes.

20             PLAINTIFF GLENDA ELLIOT:  Yes.

21             MR. TRAINOR:  We did the rough math in the

22 hallway and it looks as though I'm going to receive

23 21,000 of the 45,000.  You're going to receive

24 24,000.

25             However, I agreed to change that and say

1 | you can have 25,000 and I'll take $20,000.
2 |     Is that fair?
3 |     PLAINTIFF STEVEN ELLIOT:  Yes.
4 |     PLAINTIFF GLENDA ELLIOT:  Yes.
5 |     THE COURT:  I'd also ask you -- for the
6 | record, I think you should indicate approximately
7 | how much your actual costs were.
8 |     And that will come from the $20,000?
9 |     MR. TRAINOR:  Right.  The costs will come
10 | from my portion of the proceeds.
11 |     And the costs in this case I indicated to
12 | you were roughly around $5,000, possibly $6,000.
13 |     PLAINTIFF STEVEN ELLIOT:  Yes.
14 |     PLAINTIFF GLENDA ELLIOT:  Yes.
15 |     MR. TRAINOR:  Okay.
16 |     THE COURT:  You understand that you
17 | folks -- I want to be clear on this.
18 |     You folks are going to receive $25,000
19 | net, but Mr. Trainor will receive $20,000 of which
20 | he will pay the costs his law firm's already
21 | incurred.
22 |     PLAINTIFF STEVEN ELLIOT:  Yes.
23 |     PLAINTIFF GLENDA ELLIOT:  Yes.
24 |     MR. TRAINOR:  You owe no other fees or
25 | costs for anybody, correct?

1              PLAINTIFF GLENDA ELLIOT:  Yes.

2              PLAINTIFF STEVEN ELLIOT:  Yes.

3              MR. TRAINOR:  If my costs turn out to be
4    eight or $9,000, you don't owe that either.

5              All you're paying is $20,000 to me,
6    correct?

7              PLAINTIFF STEVEN ELLIOT:  Yes.

8              PLAINTIFF GLENDA ELLIOT:  Yes.

9              MR. TRAINOR:  Are you happy with that
10   amount you're receiving?

11             PLAINTIFF GLENDA ELLIOT:  Yes.

12             PLAINTIFF STEVEN ELLIOT:  Yes.

13             MR. TRAINOR:  You should also be aware
14   there is a dispute over whether an attorney can
15   charge more than 33 and a third percent on certain
16   cases.

17             And in civil rights cases, especially
18   because of their complexity, the work performed in
19   this case, also because I took an appeal up to the
20   Sixth Circuit in the case, I did all that extra
21   work, that I think 40 percent is more fair.

22             You guys agreed to that condition.

23             PLAINTIFF STEVEN ELLIOT:  Yes.

24             PLAINTIFF GLENDA ELLIOT:  Yes.

25             MR. TRAINOR:  Are you aware of that?

1  Anything else you'd like to say to the judge?
2              PLAINTIFF GLENDA ELLIOT:  No, thank you.
3              PLAINTIFF STEVEN ELLIOT:  No.
4              MR. FARRELL:  I'd like to note on the
5  record despite Mr. Trainor's statements, that the
6  State does not admit to any liability.
7              The State or the defendants do not admit
8  this was an illegal search or the warrant was
9  illegal.
10             There are disputed issues of fact and law
11 in this matter.  And that payment of the $45,000 is
12 done solely to buy peace and to end this litigation
13 at this time.
14             THE COURT:  I think everybody understands
15 that we leave the parties as they were.
16             There have been -- because it's a
17 settlement, there are no final adjudications.
18             As Mr. Farrell indicated, both sides had
19 we gone through the process, had the right to appeal
20 any rulings by this Court.  Okay.
21             MR. FARRELL:  Thank you, Your Honor.
22             THE COURT:  Anything further?
23             MR. FARRELL:  No, Your Honor.
24             THE COURT:  Do either of you folks have
25 any questions of the Court?

              Elliot versus Lator, et al 04-74817

Settlement Hearing

1         THE PLAINTIFF:  No.  I am glad it's over.
2         THE COURT:  Thank you all very much for
3  coming in.
4
5         (This hearing concluded at 12:15 p.m.)

Elliot versus Lator, et al 04-74817

```
 1
 2
 3              CERTIFICATE OF COURT REPORTER
 4
 5
 6
 7    I certify that the foregoing is a correct
 8    transcript from reported proceedings in the
 9    above-entitled matter.
10
11
12
13   s/Carol S. Sapala, FCRR, RMR     March 10, 2009
14
15
16
17
18
19
20
21
22
23
24
25
              Elliot versus Lator, et al 04-74817
```